UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 12-3126 MB |
| v. | ) | |
| | ) | JUDGE BROWN |
| ROBERT LEE TAYLOR | ) | |
| aka BASE | ) | **UNDER SEAL** |

### ORDER

The above-styled case is hereby placed under seal except for disclosure to United States Probation and Pretrial Services, the United States Marshals Service and defense counsel.

This  14  day of May, 2012.

JOE B. BROWN
U.S. MAGISTRATE JUDGE